# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                               NO. 4:09CR00111 SWW

YASHICA MARIE PEASTER

### ORDER

Pending before the Court is a pro se motion for a new attorney in the above-styled case. Counsel for defendant has responded that defendant authorized him to advise the Court that defendant withdraws the motion filed January 22, 2010. Further, the defendant requests this matter be set for a detention hearing pursuant to the defendant's motion filed October 12, 2009 [doc #15].

IT IS THEREFORE ORDERED that the pro se motion for new attorney [doc #17] is *denied* as moot.

IT IS FURTHER ORDERED that the issue of pretrial release is referred to U. S. Magistrate Judge Joseph Volpe.

DATED this 10th day of February 2010.

/s/Susan Webber Wright
United States District Judge